JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR11-5420RJB |
| Plaintiff, | |
| vs. | ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| EFREN BARRON GUERRERO, | |
| Defendant. | |

The Court having considered the Motion for Withdrawal and Substitution of Counsel, and the accompanying Ex-Parte, Sealed Affidavit of Counsel.

NOW THEREFORE IT IS HEREBY ORDERED that the Federal Public Defender, and Assistant Federal Public Defender Russell V. Leonard, are permitted to withdraw as defense counsel in this matter, and that new defense counsel shall be appointed to represent the defendant from the CJA panel.

Withdrawing counsel shall notify the CJA panel coordinator immediately of this order.

DONE this 6th day of October, 2011.

_____
Robert J Bryan
United States District Judge

Presented by:
*/s/ Russell V. Leonard*
Russell V. Leonard
Attorney for Defendant

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
*U.S. v. Efren Barron Guerrero*, CR11-5420RJB     1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway , Suite 400
Tacoma, Washington 98402
(253) 593-6710